HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORETTA TAYLOR, et al.,<br><br>         Plaintiffs,<br><br> v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a governmental agency; CHERYL STRANGE, an individual; and TODD DOWLER, an individual,<br><br>         Defendants. | No. 3:23-cv-06186-MLP<br><br>**UNOPPOSED** MOTION TO EXTEND DEADLINE FOR DEFENDANT DEPARTMENT OF CORRECTIONS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND [PROPOSED] ORDER<br><br>Note on Motion Calendar:<br>JANUARY 19, 2024 |

## **MOTION**

1. On December 27, 2023, Plaintiffs filed this lawsuit. On January 2, 2024, Plaintiffs served the Complaint and a summons on Defendant Washington State Department of Corrections (the Department) via the electronic service inbox of the Washington State Attorney General's Office (AGO), which is for original service of the summons and complaint in lawsuits against the State of Washington or state agencies and officials sued in their official capacities. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the Department's deadline to answer or otherwise respond to the Complaint is currently January 23, 2024.

UNOPP. MOTION AND [PROP.] ORDER TO EXTEND DEF. DOC ANSWER DEADLINE - 1
No. 3:23-cv-06186-MLP

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

2. On January 2, 2024, Plaintiffs' counsel contacted AGO by email to request that Defendants Cheryl Strange and Todd Dowler (together, the Individual Defendants) waive service of a summons pursuant to Rule 4(d), attaching unsigned waiver forms.

3. On January 10, 2024, undersigned counsel entered an appearance on behalf of all Defendants. Dkt. #5. On January 11, Defendants' counsel notified Plaintiffs' counsel by email that the Individual Defendants agreed to waive service of a summons, attaching the signed waiver forms. *See* Dkt. ##8, 9. Pursuant to Rule 12(a)(1)(A)(ii), the Individual Defendants' deadline to answer or otherwise respond to the Complaint is March 4, 2024.

4. In his email to Plaintiffs' counsel on January 11, 2024, Defendants' counsel also requested that Plaintiffs consent to an extension of the Department's deadline to answer or otherwise respond to the Complaint until March 4, 2024, to enable all Defendants to file a responsive pleading on the same day. On January 16, Plaintiffs' counsel consented to the extension of the Department's deadline until March 4. This extension will also accommodate the demands Defendants' counsel faces in other cases, including those pending before this Court.

5. Case management deadlines established by the Court may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Good cause exists to grant an extension of time here in order to permit all Defendants to respond to the Complaint contemporaneously and to accommodate the conflicting demands Defendants' counsel faces in other cases. For those reasons, pursuant to LCR 7(d)(1), Defendants respectfully request that the Court set the deadline for the Department to answer or otherwise respond to the Complaint as March 4, 2024.

6. Plaintiffs do not oppose this Motion.

UNOPP. MOTION AND [PROP.] ORDER TO
EXTEND DEF. DOC ANSWER DEADLINE - 2
No. 3:23-cv-06186-MLP

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

DATED this 19th day of January, 2024.

                                      PACIFICA LAW GROUP LLP

By: _s/Zachary J. Pekelis_
     Zachary J. Pekelis, WSBA No. 44557
     Kai A. Smith, WSBA No. 54749

*Attorneys for Defendants*

UNOPP. MOTION AND [PROP.] ORDER TO EXTEND DEF. DOC ANSWER DEADLINE - 3
No. 3:23-cv-06186-MLP

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

# [PROPOSED] ORDER

IT IS HEREBY ORDERED:

The Unopposed Motion is APPROVED and ADOPTED.

Defendant Department of Corrections' deadline for answering or otherwise responding to Plaintiffs' Complaint, Dkt. #1, is hereby extended to March 4, 2024.

DATED this 22nd day of January, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

UNOPP. MOTION AND [PROP.] ORDER TO
EXTEND DEF. DOC ANSWER DEADLINE - 4
No. 3:23-cv-06186-MLP

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750