HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORETTA TAYLOR, et al. | No. 3:23-cv-06186-MLP |
| Plaintiffs, | STIPULATED MOTION TO EXTEND REPLY DEADLINE AND SET BRIEFING SCHEDULE |
| v. | AND ~~PROPOSED~~ ORDER |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, CHERYL STRANGE, and TODD DOWLER, | |
| | Note on Motion Calendar: August 8, 2024 |
| Defendant. | |

**STIPULATION**

Plaintiffs Loretta Taylor, *et al.*, and Defendants Washington State Department of Corrections, Cheryl Strange, and Todd Dowler hereby stipulate as follows:

1. On July 9, 2024, Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint (MTD). Dkt. #29. On July 30, Plaintiffs filed their Response to Defendants' MTD. Dkt. #33. Defendants' deadline to file a Reply in support of the MTD (Reply) was August 6. *See* LCR 7(d)(4).

2. On July 31, 2024, Defendants' lead counsel in this matter, Kai A. Smith, welcomed a new baby. Mr. Smith had been planning to prepare Defendants' Reply because Defendants' other counsel of record, Zachary J. Pekelis and Erica Coray, are in the midst of discovery and dispositive

STIPULATED MOTION TO EXTEND REPLY
DEADLINE AND SET BRIEFING SCHEDULE
AND ~~PROPOSED~~ ORDER – 1
3:23-cv-06186-MLP

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

briefing in another matter involving over 20 depositions, expert reports, written discovery, and a motion for summary judgment—all in the next five weeks.

3.      On Friday, August 2, 2024, Mr. Pekelis contacted Plaintiffs' lead counsel Nathan Arnold to request a 30-day extension of Defendants' Reply deadline. After being unable to meet and confer the same day or over the weekend, on Monday, August 5, 2024, Mr. Arnold agreed to a one-week extension of the Reply deadline, making the reply due on August 13, 2024 rather than August 6, 2024. Mr. Arnold also agreed to Mr. Pekelis' request for an expedited briefing schedule shortening the default deadlines to enable Defendants to move the Court for additional time to file their Reply. Plaintiffs reserve the right to assert that an unforeseen emergency did not, and does, not exist.

4.      Defendants move, and Plaintiffs do not oppose, that the Court may order as follows:

- That Defendants' deadline to file their Reply be extended until Tuesday, August 13.

- That Defendants may file a motion to further extend the Reply deadline (Motion for Extension) and note it for hearing without oral argument on Monday, August 12.

- That the following briefing schedule should apply to Defendants' forthcoming Motion for Extension: (1) Defendants' deadline to file the motion shall be Thursday, August 8, 2024; (2) Plaintiffs' deadline to file any response shall be Friday, August 9; and (3) Defendants' deadline to file any reply shall be Monday, August 12.

STIPULATED to this 8th day of August, 2024.

STIPULATED MOTION TO EXTEND REPLY
DEADLINE AND SET BRIEFING SCHEDULE
AND ~~PROPOSED~~ ORDER – 2
3:23-cv-06186-MLP

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

PACIFICA LAW GROUP LLP

*s/Zachary J. Pekelis*
Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA #54749
Erica Coray, WSBA #61987
Special Assistant Attorneys General
1191 Second Avenue, Suite 2000
Seattle, WA 98101
Zach.Pekelis@PacificaLawGroup.com
Kai.Smith@PacificaLawGroup.com
Erica.Coray@PacificaLawGroup.com
*Attorneys for Defendants*

ARNOLD & JACOBOWITZ PLLC

*s/Nathan J. Arnold*
Nathan J. Arnold, WSBA No. 45356
Lesley Alvarado, WSBA No. 61465
8201 164th Ave NE Ste 200
Redmond, WA 98052-7615
nathan@ajalawyers.com
lesly@ajalawyers.com
*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND REPLY
DEADLINE AND SET BRIEFING SCHEDULE
AND ~~PROPOSED~~ ORDER – 3
3:23-cv-06186-MLP

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**ORDER**

This matter having come before the Court by stipulated motion of counsel, and for good cause shown, IT IS ORDERED that:

1.    Defendants' deadline to file their Reply in support of their Motion to Dismiss Amended Complaint is extended until Tuesday, August 13, 2024.

2.    Defendants may file a motion to further extend the Reply deadline (Motion for Extension) by Thursday, August 8, 2024, and note it for hearing without oral argument on Monday, August 12, 2024.

3.    Plaintiffs' deadline to file any response to the Motion for Extension shall be Friday, August 9, 2024.

4.    Defendants' deadline to file any reply in support of the Motion for Extension shall be Monday, August 12, 2024.

DATED this 8th day of August, 2024.

HONORABLE MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATED MOTION TO EXTEND REPLY
DEADLINE AND SET BRIEFING SCHEDULE
AND ~~PROPOSED~~ ORDER – 4
3:23-cv-06186-MLP

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750